





EXHIBIT 1
Page 1 of 5

Case 5:22-cv-00041-M   Document 13-1   Filed 05/20/22   Page 1 of 5



# UNITED STATES POSTAL SERVICE

```
            MIDTOWN
         301 UNION ST
      SEATTLE, WA 98101-9998
          (800)275-8777
```

01/26/2022                                  01:34 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|

Mailer 10.5 x 16          3      $1.49      $4.47

First-Class Mail®         1                 $2.36
  Large Envelope
    Washington, DC 20420
    Weight: 0 lb 6.80 oz
    Estimated Delivery Date
      Tue 02/01/2022
  Certified Mail®                           $3.75
    Tracking #:
      70211970000081068080
  Return Receipt                            $3.05
    Tracking #:
      9590 9402 7229 1284 6214 79
Total                                       $9.16

First-Class Mail®         1                 $2.36
  Large Envelope
    Washington, DC 20530
    Weight: 0 lb 6.80 oz
    Estimated Delivery Date
      Tue 02/01/2022
  Certified Mail®                           $3.75
    Tracking #:
      70211970000081068073
  Return Receipt                            $3.05
    Tracking #:
      9590 9402 7229 1284 6214 62
Total                                       $9.16

First-Class Mail®         1                 $2.36
  Large Envelope
    Raleigh, NC 27601
    Weight: 0 lb 6.80 oz
    Estimated Delivery Date
      Tue 02/01/2022
  Certified Mail®                           $3.75
    Tracking #:
      70211970000081068066
  Return Receipt                            $3.05
    Tracking #:
      9590 9402 7229 1284 6214 86
Total                                       $9.16

Grand Total:                               $31.95

Debit Card Remitted                        $31.95
  Card Name: VISA
  Account #: XXXXXXXXXXXX1610
  Approval #: 031154
  Transaction #: 671
  Receipt #: 034957
  Debit Card Purchase: $31.95
  AID: A0000000980840         Chip
  AL: US DEBIT
  PIN: Verified

*****************************************
USPS is experiencing unprecedented volume
  increases and limited employee
  availability due to the impacts of
COVID-19. We appreciate your patience.
*****************************************

```

In a hurry? Self-service kiosks offer quick and easy check-out. Any Retail Associate can show you how.

Text your tracking number to 28777 (2USPS) to get the latest status. Standard Message and Data rates may apply. You may also visit www.usps.com USPS Tracking or call 1-800-222-1811.

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,



or call 1-800-410-7420.

UFN: 547631-0020
Receipt #: 840-59800041-5-5511754-1
Clerk: 01

EXHIBIT 1
Page 2 of 5

Case 5:22-cv-00041-M   Document 13-1   Filed 05/20/22   Page 2 of 5

# USPS Tracking®

FAQs >

**Track Another Package +**

Remove ✕

**Tracking Number:** 70211970000081068066

Your item was delivered to an individual at the address at 3:16 pm on January 31, 2022 in RALEIGH, NC 27601.

USPS Tracking Plus™ Available ⌄

## ✓ Delivered, Left with Individual

January 31, 2022 at 3:16 pm
RALEIGH, NC 27601



Get Updates ⌄

---

Text & Email Updates ⌄

---

Tracking History ⌃

January 31, 2022, 3:16 pm
Delivered, Left with Individual
RALEIGH, NC 27601
Your item was delivered to an individual at the address at 3:16 pm on January 31, 2022 in RALEIGH, NC 27601.

January 31, 2022, 8:59 am
Out for Delivery
RALEIGH, NC 27601

EXHIBIT 1
Page 3 of 5

Case 5:22-cv-00041-M    Document 13-1    Filed 05/20/22    Page 3 of 5

**January 31, 2022, 8:48 am**
Arrived at Post Office
RALEIGH, NC 27610

**January 30, 2022, 1:52 am**
Departed USPS Regional Facility
RALEIGH NC DISTRIBUTION CENTER

**January 29, 2022, 8:35 am**
Arrived at USPS Regional Destination Facility
RALEIGH NC DISTRIBUTION CENTER

**January 26, 2022, 1:33 pm**
USPS in possession of item
SEATTLE, WA 98101

## USPS Tracking Plus™

## Product Information



| **Postal Product:** | **Features:** | **See tracking for related item: 9590940272291284621486** |
|---|---|---|
| First-Class Mail® | Certified Mail™ | (/go/TrackConfirmAction?tLabels=9590940272291284621486) |

**See Less** ∧

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

EXHIBIT 1
Page 4 of 5

Case 5:22-cv-00041-M   Document 13-1   Filed 05/20/22   Page 4 of 5

**FAQs**

Feedback

EXHIBIT 1
Page 5 of 5
Case 5:22-cv-00041-M   Document 13-1   Filed 05/20/22   Page 5 of 5