

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Merrick B. Garland, Attorney Gen
   United States DOJ   of U.S.
   950 Pennsylvania Avenue, NW
   Washington, DC 20530-0001

   9590 9402 7229 1284 6214 62

2. Article Number (Transfer from service label)

   7021 1970 0000 8106 8073

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

   FEB 2 2022

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt



USPS TRACKING #

9590 9402 7229 1284 6214 62

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Law Offices of Willie D. Gilbert, II
2116 4th Ave., Unit 3015
Seattle, WA 98121



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Washington, DC 20530

Certified Mail Fee  $3.75

Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy)       $
☒ Return Receipt (electronic)     $ 0.00
☐ Certified Mail Restricted Delivery  $ 0.00
☐ Adult Signature Required        $ 0.00
☐ Adult Signature Restricted Delivery $

Postage  $2.36

Total Postage and Fees  $9.16

Sent To: Merrick B. Garland, AG of US
Street and Apt. No., or PO Box No.: USDOJ - 950 Pennsylvania, NW
City, State, ZIP+4: Washington, DC 20530-0001

Postmark Here
JAN 26 2022
01/26/2022

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

**EXHIBIT 2**
**Page 1 of 4**

Case 5:22-cv-00041-M  Document 13-2  Filed 05/20/22  Page 1 of 4



**UNITED STATES POSTAL SERVICE**

MIDTOWN
301 UNION ST
SEATTLE, WA 98101-9998
(800)275-8777

01/26/2022                                01:34 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Mailer 10.5 x 16 | 3 | $1.49 | $4.47 |
| First-Class Mail® Large Envelope | 1 | | $2.36 |

    Washington, DC 20420
    Weight: 0 lb 6.80 oz
    Estimated Delivery Date
      Tue 02/01/2022
    Certified Mail®                     $3.75
      Tracking #:
        70211970000081068080
    Return Receipt                      $3.05
      Tracking #:
        9590 9402 7229 1284 6214 79
Total                                    $9.16

First-Class Mail®    1                    $2.36
Large Envelope
    Washington, DC 20530
    Weight: 0 lb 6.80 oz
    Estimated Delivery Date
      Tue 02/01/2022
    Certified Mail®                     $3.75
      Tracking #:
        70211970000081068073
    Return Receipt                      $3.05
      Tracking #:
        9590 9402 7229 1284 6214 62
Total                                    $9.16

First-Class Mail®    1                    $2.36
Large Envelope
    Raleigh, NC 27601
    Weight: 0 lb 6.80 oz
    Estimated Delivery Date
      Tue 02/01/2022
    Certified Mail®                     $3.75
      Tracking #:
        70211970000081068066
    Return Receipt                      $3.05
      Tracking #:
        9590 9402 7229 1284 6214 86
Total                                    $9.16

Grand Total:                             $31.95

Debit Card Remitted                      $31.95
    Card Name: VISA
    Account #: XXXXXXXXXXXX1610
    Approval #: 031154
    Transaction #: 671
    Receipt #: 034957
    Debit Card Purchase: $31.95
    AID: A0000000980840          Chip
    AL: US DEBIT
    PIN: Verified

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
USPS is experiencing unprecedented volume
increases and limited employee
availability due to the impacts of
COVID-19. We appreciate your patience.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

---

In a hurry? Self-service kiosks offer quick and easy check-out. Any Retail Associate can show you how.

Text your tracking number to 28777 (2USPS) to get the latest status. Standard Message and Data rates may apply. You may also visit www.usps.com USPS Tracking or call 1-800-222-1811.

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.



or call 1-800-410-7420.

UFN: 547631-0020
Receipt #: 840-59800041-5-5511754-1
Clerk: 01

# USPS Tracking®

FAQs >

**Track Another Package +**

Remove X

**Tracking Number:** 70211970000081068073

Your package is on its way to a USPS facility. Sign up to **get updates**, and we'll send you a delivery date and time when available.

USPS Tracking Plus® Available ∨

## USPS in possession of item

January 26, 2022 at 1:32 pm
SEATTLE, WA 98101

Feedback

Get Updates ∨

---

Text & Email Updates ∨

---

Tracking History ∧

January 26, 2022, 1:32 pm
USPS in possession of item
SEATTLE, WA 98101
USPS is now in possession of your item as of 1:32 pm on January 26, 2022 in SEATTLE, WA 98101.

---

USPS Tracking Plus® ∨

---

Product Information ∨

EXHIBIT 2
Page 3 of 4

| Postal Product: | Features: | See tracking for related item: 9590940272291284621462 |
|---|---|---|
| First-Class Mail® | Certified Mail™ | (/go/TrackConfirmAction?tLabels=9590940272291284621462) |

**See Less ∧**

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

**EXHIBIT 2
Page 4 of 4**