**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Denis R. McDonough, Secretary
U.S. Dept. of Veteran's Affairs
810 Vermont Avenue, NW
Washington, DC 20420

9590 9402 7229 1284 6214 79

2. Article Number (Transfer from service label)

7021 1970 0000 8106 8080

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053        Domestic Return Receipt



USPS TRACKING #

9590 9402 7229 1284 6214 79

United States Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Law Offices of Willie D. Gilbert, II
2116 4th Ave., Unit 3015
Seattle, WA 98121

Received
FEB 07
Executive Correspondence 032D



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Washington, DC 20420

Certified Mail Fee  $3.75

Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy)    $1.00
☒ Return Receipt (electronic)  $0.00
☐ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required     $0.00
☐ Adult Signature Restricted Delivery $

Postage  $2.36

Total Postage and Fees  $9.16

Sent To  Denis R. McDonough, Secretary of VA
Street and Apt. No., or PO Box No.
USDOJVA – 810 Vermont Ave, NW
City, State, ZIP+4®
Washington, DC 20420

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

Postmark: JAN 26 2022 — MIDTOWN STATION SEATTLE WA 98101 — 01/26/2022

7021 1970 0000 8106 8080

EXHIBIT 3
Page 1 of 4

Case 5:22-cv-00041-M   Document 13-3   Filed 05/20/22   Page 1 of 4



**UNITED STATES POSTAL SERVICE**

```
              MIDTOWN
           301 UNION ST
        SEATTLE, WA 98101-9998
           (800)275-8777
01/26/2022                        01:34 PM
------------------------------------------
Product             Qty    Unit      Price
                           Price
------------------------------------------
Mailer 10.5 x 16     3    $1.49     $4.47

First-Class Mail®    1                $2.36
Large Envelope
    Washington, DC 20420
    Weight: 0 lb 6.80 oz
    Estimated Delivery Date
        Tue 02/01/2022
    Certified Mail®                   $3.75
        Tracking #:
          70211970000081068080
    Return Receipt                    $3.05
        Tracking #:
          9590 9402 7229 1284 6214 79
Total                                 $9.16

First-Class Mail®    1                $2.36
Large Envelope
    Washington, DC 20530
    Weight: 0 lb 6.80 oz
    Estimated Delivery Date
        Tue 02/01/2022
    Certified Mail®                   $3.75
        Tracking #:
          70211970000081068073
    Return Receipt                    $3.05
        Tracking #:
          9590 9402 7229 1284 6214 62
Total                                 $9.16

First-Class Mail®    1                $2.36
Large Envelope
    Raleigh, NC 27601
    Weight: 0 lb 6.80 oz
    Estimated Delivery Date
        Tue 02/01/2022
    Certified Mail®                   $3.75
        Tracking #:
          70211970000081068066
    Return Receipt                    $3.05
        Tracking #:
          9590 9402 7229 1284 6214 86
Total                                 $9.16
------------------------------------------
Grand Total:                         $31.95
------------------------------------------
Debit Card Remitted                  $31.95
    Card Name: VISA
    Account #: XXXXXXXXXXXX1610
    Approval #: 031154
    Transaction #: 671
    Receipt #: 034957
    Debit Card Purchase: $31.95
    AID: A0000000980840         Chip
    AL: US DEBIT
    PIN: Verified
------------------------------------------
******************************************
USPS is experiencing unprecedented volume
   increases and limited employee
   availability due to the impacts of
COVID-19. We appreciate your patience.
******************************************
```

In a hurry? Self-service kiosks offer quick and easy check-out. Any Retail Associate can show you how.

Text your tracking number to 28777 (2USPS) to get the latest status. Standard Message and Data rates may apply. You may also visit www.usps.com USPS Tracking or call 1-800-222-1811.

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.



or call 1-800-410-7420.

UFN: 547631-0020
Receipt #: 840-59800041-5-5511754-1
Clerk: 01

EXHIBIT 3
Page 2 of 4

Case 5:22-cv-00041-M   Document 13-3   Filed 05/20/22   Page 2 of 4

# USPS Tracking®

FAQs >

**Track Another Package +**

Remove ✕

**Tracking Number:** 70211970000081068080

Your item was picked up at a postal facility at 4:49 am on February 2, 2022 in WASHINGTON, DC 20420.

USPS Tracking Plus™ Available ∨

 **Delivered, Individual Picked Up at Postal Facility**

February 2, 2022 at 4:49 am
WASHINGTON, DC 20420

Get Updates ∨

---

Text & Email Updates ∨

---

Tracking History ∧

February 2, 2022, 4:49 am
Delivered, Individual Picked Up at Postal Facility
WASHINGTON, DC 20420
Your item was picked up at a postal facility at 4:49 am on February 2, 2022 in WASHINGTON, DC 20420.

February 1, 2022, 10:27 am
Available for Pickup
WASHINGTON, DC 20420

Feedback

**EXHIBIT 3**
**Page 3 of 4**

Case 5:22-cv-00041-M   Document 13-3   Filed 05/20/22   Page 3 of 4

**February 1, 2022, 9:43 am**
Arrived at Post Office
WASHINGTON, DC 20018

**January 26, 2022, 1:31 pm**
USPS in possession of item
SEATTLE, WA 98101

**USPS Tracking Plus™**

**Product Information**

| **Postal Product:** | **Features:** | **See tracking for related item: 9590940272291284621479** |
|---|---|---|
| First-Class Mail® | Certified Mail™ | **(/go/TrackConfirmAction?tLabels=9590940272291284621479)** |

Feedback

**See Less ∧**

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

EXHIBIT 3
Page 4 of 4

Case 5:22-cv-00041-M   Document 13-3   Filed 05/20/22   Page 4 of 4